UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAKUR CULBERT,<br><br>        Defendant. | ORDER<br><br>21 Cr. 412 (JSR) |

Upon the application of defendant Shakur Culbert, pursuant to 18 U.S.C. § 3142(c) for release from custody, and following a detention hearing held on July 28, 2021 in which the Court considered (1) the nature and circumstances of the offense charged; (2) the history and characteristics of the defendant Shakur Culbert including his family ties, employment, length of residence in the community, and the fact that at the time of the current offense, the defendant was awaiting sentencing for a drug offense under state law; and (3) the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release, it is ORDERED that the defendant's application is GRANTED pursuant to the following conditions:

1. The Clerk of Court is directed to prepare a personal recognizance bond with the following conditions of release:

    a. A personal recognizance bond in the amount of $150,000, to be signed by the defendant and co-signed by the defendant's mother (Anna Culbert); step-father (Terrell Potts); aunt (Gina Culbert) and cousin (Michael Culbert)

    b. All mandatory conditions of release included in this Court's standard "Order Setting Conditions of Release" form;

    c. Home confinement at the defendant's mother's residence in the Bronx, New York, with monitoring by means chosen at the discretion of Pretrial Services;

    d. The defendant shall remain in the residence except for medical appointments and employment. The defendant shall notify Pretrial Services in advance of the time and location of medical appointments and employment. Any other leave from the residence must be approved by either the Pretrial Services officer or by the Court on application from defense counsel;

    e. Pretrial Services supervision as directed by the Pretrial Services Office;

    f. Surrender all passports and other travel documents and make no applications for new or replacement documents;

    g. Drug testing and treatment as directed by the Pretrial Services Office;

    h. Mental health evaluation and treatment as directed by Pre-Trial Services;

    i. The defendant shall not possess a firearm, destructive device, or other weapon;

    j. The defendant shall not use or possess any narcotic drug or controlled substance unless prescribed by a licensed medical practitioner;

    k. Travel for work and medical appointments shall be restricted to the Southern and Eastern Districts of New York;

    l. No contact with co-defendants except in the presence of counsel; and

    m. The defendant shall be released upon the signature of the defendant and the

four sureties on the bond and upon the Pretrial Services Office's installation of the monitoring technology that it selects.

SO ORDERED.

Dated: New York, New York
      July 29, 2021

                                                  THE HONORABLE JED S. RAKOFF
                                                  UNITED STATES DISTRICT JUDGE
                                                  SOUTHERN DISTRICT OF NEW YORK