UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

vs.

Shakur Culbert,

---

21 CR 412 (JSR)

To: U.S. Marshals Office

**It is hereby ordered :**

that, Shakur Culbert, Reg. # 53665-509, be released from custody, subject to previously applicable bail conditions. The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered. Travel is extended to  Eastern District of New York , and adjacent districts as well as travel between those districts and this district.

_____
United States District Judge

_____7/29/21_____
Date